Filed 10/28/22  P. v. Anvari CA2/1

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>ALIREZA ANVARI,<br><br>    Defendant and Appellant. | B318182<br><br>(Los Angeles County<br>Super. Ct. No. BA501473) |

APPEAL from a judgment of the Superior Court of Los Angeles County, Teresa Sullivan, Judge.  Affirmed.

A. William Bartz, Jr., under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

———————————————

Defendant Alireza Anvari appeals from his conviction for second degree burglary of a vehicle following his no-contest plea. Defendant's appointed counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), identifying no issues and requesting this court to review the record and determine whether any arguable issue exists on appeal. We have done so and affirm.

## BACKGROUND

Because the record does not contain a certificate of probable cause, and defendant did not file a motion to suppress evidence under Penal Code[1] section 1538.5, our review is limited to "[t]he sentence or other matters occurring after the plea or admission that do not affect the validity of the plea or admission." (Cal. Rules of Court, rule 8.304(b).) Accordingly, we do not summarize the proceedings before defendant entered his plea.

On January 10, 2022, defendant pleaded no contest to committing second degree burglary of a vehicle in violation of section 459. The trial court suspended imposition of sentence, and placed defendant on two years of probation. The trial court ordered defendant to serve 45 days in jail, and awarded him 45 days credit. The trial court further ordered defendant to perform 240 hours of community labor. The trial court imposed a restitution fine, imposed and stayed a parole revocation fine, and imposed a facility assessment and operations assessment.

Defendant timely appealed.

---

[1] Unspecified statutory citations are to the Penal Code.

## DISCUSSION

We appointed counsel to represent defendant in this matter.  After examining the record, counsel filed a *Wende* brief raising no issues on appeal and requesting that we independently review the record.  (*Wende, supra*, 25 Cal.3d 436.)  Defendant was advised by this court of the opportunity to file a supplemental brief; he filed no brief.  We have examined the entire record and are satisfied that counsel has complied with counsel's responsibilities and that no arguable issue exists.  (*People v. Kelly* (2006) 40 Cal.4th 106, 110–111; *Wende*, at p. 441.)

## DISPOSITION

The judgment is affirmed.
<u>NOT TO BE PUBLISHED.</u>


BENDIX, J.


We concur:



ROTHSCHILD, P. J.                    WEINGART, J.*


_____

\* Judge of the Los Angeles County Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.


3